No. 644.—Fernós, peticionario, *v.* Corte de Distrito de Humacao, y Florentina Jiménez Vda. de Jiménez Cruz, demandados.— Julio 12, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro )

Consignándose en la propia solicitud que el peticionario solicita la expedición del auto de *certiorari* "para no sufrir los efectos de una sentencia basada en un manifisto error en la apreciación de la prueba," no ha lugar.

No. 5019.—Flores, aplda., *v.* Viñas, aplte.—C. D. San Juan. Julio 16, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Por cuanto, la moción para desestimar la apelación se funda en que ésta es frívola y ha sido interpuesta para dilatar el cumplimiento de la sentencia, y en que lo único que en este caso ocurrió fué que hubo un conflicto en la prueba, y éste fué resuelto por la corte, sin que exista en el caso cuestión alguna fundamental en ley;

Por cuanto, al objetar la moción la parte apelante alega que en la apelación se propone discutir como uno de los errores la apreciación que de la prueba hizo la corte, el haber resuelto el pleito por una teoría distinta de la invocada por la apelada, las cuestiones de evidencia que ha preparado por sus objeciones, y la cuantía de la indemnización;

Por cuanto, sin otros elementos que los aportados a la moción, no podemos declarar que la apelación sea frívola,

Por tanto, se declara sin lugar la moción de desestimación.

No. 5025.—Del Valle, aplte., *v.* Rossy, apldo.—C. D. San Juan. Julio 19, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Desestimado este recurso previa moción de la parte apelada, por haberse interpuesto la apelación después de vencido el término de diez días que concede la ley.